# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID CARL GUSTAFSON,

                        Plaintiff,

                        JUDGMENT IN A CIVIL CASE

              v.

CITY OF WEST RICHLAND,

                        CASE NUMBER: CV-10-5040-EFS

                        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on November 7, 2011, ECF No. 93, judgment is entered in favor of Defendants with prejudice.

November 7, 2011                                   JAMES R. LARSEN
*Date*                                                     *Clerk*

                                                      s/ Cora Vargas
                                                     *(By) Deputy Clerk*
                                                     Cora Vargas